UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

JIMMY BRUNO and
DENNIS BURGOS,

          Defendants.

- - - - - - - - - - - - - - - - - - x

: **INDICTMENT**

: **13 CRIM 644**

JUDGE SULLIVAN

## COUNT ONE

The Grand Jury charges:

1. From at least in or about July 2013 up to and including on or about August 1, 2013, in the Southern District of New York and elsewhere, JIMMY BRUNO and DENNIS BURGOS, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JIMMY BRUNO and DENNIS BURGOS, the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was mixtures and substances containing a detectable amount of

cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

4. As a result of committing the offense charged in Count One of this Indictment, JIMMY BRUNO and DENNIS BURGOS, the defendants, shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the commission of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(a) and (p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

_____     _____
FOREPERSON           PREET BHARARA
                  United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JIMMY BRUNO and
DENNIS BURGOS,

                          Defendants.

INDICTMENT

13 Cr. _____

(21 U.S.C. § 846.)

                        PREET BHARARA
              United States Attorney.

A TRUE BILL

*[signature]* Foreperson.

*7/21/13   Add Ind. This case is Assigned to Judge Sullivan for All purposes*

*May Judge Polinye*